**19 CV 5527**

From: Anton Liverpool

To: Clerk of the court's

SDNY PRO SE OFFICE RECEIVED 2019 JUN 13 PM 12:48 S.D. OF N.Y.

Dear Sir/madam

May the court's please excuse any untimelynees on the part of this plaintiff in filing this complaint. I ask that the court's consider that this plaintiff is financialy indigent and cannot pay for a lawyer. This plaintiff has tried for some time to retain counsel but have been unsuscessfull e.g. [Nass & rooper, Kenstel & Guzman Matthew waller ect.. among others]. In addition too these difficultys plaintiff has been homeless for quite sometime with verey limited resources. I their is any incorrect information as far as date's may this be attributed to plaintif's limited recorces. This plaintiff dose not have the access to the law library as detainee's in Newyork do nor is their a law library clerk civilan in my facillaty. In addition too supply's like envelopes, wrighting papper and pens are not given to detaniee for thirty days and then it is still not gaurented. May the court's also please take notic that this plaintiff has repeatedly tried to file a complaint with the N.Y.P.D from rikers Island but was denied time and time agian equal access to and protection of the Law.

Sincearly yours
Anton F. Liverpool
Anton F. Liverpool
Pro-Se Litigant

Please be advised that date of notary is the earliest date plaintiff could have gotten Documents notarized