# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Anton Liverpool
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 05527 (CM)( )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

City of NewYork, SHilo theriputic program parole officer (John Doe (AKA williams) et al...
(List the full name(s) of the defendant(s)/respondent(s).)

RECEIVED DEC -9 2019 PRO SE OFFICE

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 10-24-2019 but did not file a notice of appeal within the required time period because:

plaintiff had not recived court's order due to him being homeless at the time the order was rendered. plaintiff tried to get legal assistance to amend his complaint and an extention but due to his homeless status was unable to (Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.) due to hadship.

Dated: _____

Signature: Anton Liverpool

Name (Last, First, MI): Liverpool, F. Anton

Address: Intake center  City: Cranston  State: Rhode Island  Zip Code: 02420

Telephone Number: _____  E-mail Address (if available): _____

MEMO ENDORSED

3/25/20

Granted

[signature]

Rev. 3/27/15

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/25/20