UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

plaintiff: Liverpool

v

Defendant's:
The city of New York
parole officer John doe #1 (Willams)
John doe #2
Jane doe #1
Shilo supervisor D.R. Jackson (in their indivijual and offical capacity)

## Amendment of complaint

19-CV-5527

RECEIVED JUL 07 2020 PRO SE OFFICE

On or about June 3d 2016 I Anton Liverpool was at queens misdemeanor court for the purpose of being released to shilo theriputic program. At this time plaintiff was released as having no warrant's or hold's, and escorted to the Shilo program. While at Shilo theriputic program plaintiff was forcibly touched on the buttox area by a parole officer John doe #1 known to the plaintiff as p.o. willams. plaintiff reported the matter to Shilo staff's and was told by Jane doe #1 that he should not make a big deal about it, and that the parole officer thought that I was one of his parolies, John doe #2 also made no attempt to address my complaint as in agreement with their contract to provide a safe enviroment of no tolerence for inappropriate touching or sexual abuse. As supervisor of the Shilo theriputic program D.R Jackson also failed to address this matter in a priesional manner and safe guard plaintiff's psycological health, representing Shilo teripotices and the city of New York as plaintiff's contracted mental health provides for case.

Page #1

plaintiff was then arrested three day's after his release on a warrant that the court's had failed to recognize upon before releasing plaintiff three day's (approx) prior.

As a result of the action's and in action's of employes of the defendant known as the city of New York plaintiff was prematurely and unnessecarily released into an unsafe enviroment damaging to his psycological well being, and threatening to his physical safety. At this theriputic program (Shilo) plaintiff was forcibly touched by another city employe known to plaintiff as parole officer William's (John doe #2) an african american (black) male approximately six feet two inches in hieght and about 200 lbs.

After being reincarcirated for the above mentioned warrant plaintiff was rereleased and made to attend Shilo theriputice program again by the court's, and it's employer N.y.c to be humilliated and trumatized agian through exposure to an unsafe enviroment of medical and theriputice malpractice state, and city contracted. When his greviences was made known to the court's and defendant's All defendant's knew or should have known the plaintiff would be be harmed, and injured as a direct, and protimate result of their actions or lack their of. plaintiff requests a jury trial, for monitary damages, in the amount of $1,500,000.

Respectfully your's
Anton Liverpool
Anton Liverpool

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Liverpool                                    19-cv-5527
    v
THE CITY OF NEW YORK

RE: plaintiff amendment of complaint

Plaintiff would like to make known to the court's that in his amendment he has tried to express all his greviences with in the confines of the legal parameters to the best of his limited knowladge of such.

In At leaset two seperate correspondences I have written the court for an copy of the court's order/decision concerning my original complaint so as to be able to go over the legal issues pointed out in regard to my complaint. To the date of 6-30-2020 I have not recived such document's nor a response to an request for an extention of time to amend or for a copy of my original complaint due to my indigent status.

Seeing that the date to wich my amendment will be due I have sent in my attempt at amendment with out the the reflection of such document's or law library access in the time of this coronus virus, plaintiff still request to be appointed counsel or referal to the justic department of NY and their address to see their assistence

Respectfully yours
Anton Liverpool
Anton Liverpool

From: Anton Liverpool, 155581
Intake center, P.O. Box 8249
Cranston, RI, 8249

To: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007
Pro-Se Intake-UNIT

Legal Mail



RECEIVED
JUL 07 2020
PRO SE OFFICE

Legal Mail
Indigent

ZIP 02920
02 4W
0000368061 JUL 01 2020
$000.50⁰
US POSTAGE PITNEY BOWES