UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTON LIVERPOOL,
                Plaintiff,

                                                                                           19 civ 5527 (JGK)

     -against-

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

## ORDER

A telephone conference will be held on **Friday, March 5, 2021, at 12:00pm. The facility where the defendant is housed shall make the plaintiff available for the conference.** The time to answer or move is stayed pending the pre-motion conference. The parties shall dial in, at **888 363-4749,** with access code **8140049**. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference.

**SO ORDERED.**

                                                                         s/John G. Koeltl
                                                                     **JOHN G. KOELTL**
                                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 1, 2021