**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**ANTON LIVERPOOL,**

                **Plaintiff,**          19-cv-5527 (JGK)

      - against -                  <u>ORDER</u>

**CITY OF NEW YORK ET AL.,**

                **Defendants.**
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The City of New York and the Attorney General are directed to report to the Court by **March 19, 2021** on the status of their efforts to identify and locate the Parole Officer Williams.

**SO ORDERED.**

**Dated:**    New York, New York
            March 5, 2021             /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**