UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANTON LIVERPOOL,

                    Plaintiff,            19-cv-5527 (JGK)

          - against -                     ORDER

CITY OF NEW YORK ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

    The New York State Office of the Attorney General ("NYAG") and the City of New York ("NYC") informed the Court that they have not been able to identify the defendant that the plaintiff sued in this action as "John Doe Parole Officer Williams." ECF No. 30. The NYAG and NYC appear to have acted diligently to identify the defendant and unless the plaintiff can provide further information, no other action is warranted at this time. The plaintiff should provide additional information by April 30, 2021. If the plaintiff fails to do so, the action may be dismissed for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          March 30, 2021            /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge