UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ANTON LIVERPOOL,**

                Plaintiff,        19-cv-5527 (JGK)

    - against -              ORDER

**CITY OF NEW YORK ET AL.,**

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

It having been brought to the Court's attention that the current docket address for the pro se plaintiff is inaccurate, see ECF No. 24, the plaintiff has until **May 7, 2021** to comply with the Order dated March 30, 2021 in ECF No. 31.

The Clerk of the Court is directed to update the docket address for the pro se plaintiff to:

    Anton F. Liverpool
    ID No.  155581
    Medium John J. Moran Facility
    P.O. Box 8274
    Cranston, Rhode Island 02920

The Clerk is directed to mail a copy of this order and the order in ECF No. 31 to the pro se plaintiff at the updated address provided above.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 6, 2021**                    /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**