UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ANTON LIVERPOOL,**

                Plaintiff,          19-cv-5527 (JGK)

    - against -               ORDER

**CITY OF NEW YORK ET AL.,**

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The New York State Attorney General is directed to respond to the letter filed by the plaintiff in ECF No. 34.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
           April 8, 2021           /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge