UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTON LIVERPOOL,

                Plaintiff,        19-cv-5527 (JGK)

    - against -           ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The New York State Attorney General and the City of New York are directed to respond to the letter filed by the plaintiff in ECF No. 37 by (1) investigating further to ascertain the plaintiff's release date and time from the Queens Court and his admission to the Shilo program, (2) ascertaining which parole officers matching the description provided by the plaintiff in his letter were present at Shilo on that date, and (3) reporting back to the court by May 24, 2021.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          May 10, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·11·21