```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6·15·21

ANTON LIVERPOOL,

        Plaintiff,

    - against -

CITY OF NEW YORK ET AL.,

        Defendants.

19-cv-5527 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The New York State Attorney General and the City of New York are directed to respond to the letter filed by the plaintiff in ECF No. 40 by June 30, 2021.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          June 15, 2021

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge