USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON LIVERPOOL,

                Plaintiff,        19-cv-5527 (JGK)

    - against -              ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The New York State Attorney General (NYAG) and the City of New York (NYC) responded to the Court's June 15, 2021 order directing them to conduct further investigation based on the information provided by the plaintiff. The NYAG and NYC have not been able to identify the John Doe defendant "Williams" despite a thorough investigation. Accordingly, the NYAG and NYC have discharged their obligation to attempt to locate the Joe Doe defendant. As there are no other remaining defendants in the case, unless the plaintiff provides an alternative solution, the Court will have to dismiss the case for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          June 30, 2021

                                      John G. Koeltl
                                  United States District Judge