UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTON LIVERPOOL,

                Plaintiff,

      - against -

CITY OF NEW YORK ET AL.,

                Defendants.

19-cv-5527 (JGK)

MEMORANDUM OPINION AND ORDER

---

JOHN G. KOELTL, District Judge:

    In an order dated June 30, 2021, the Court noted that the New York State Attorney General and the City of New York had discharged their obligation to attempt to identify and locate the unnamed John Doe defendant "Williams." The Court noted that because there are no other remaining defendants in the case, unless the plaintiff provided an alternative solution, the Court would have to dismiss the case for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).

    The plaintiff has not offered an alternative solution, nor even responded to the June 30 order. Accordingly, the above captioned matter is dismissed without prejudice for failure to serve pursuant to Rule 4(m). The Clerk is directed to close this case.

SO ORDERED.
Dated:    New York, New York
            September 15, 2021

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge

Copy mailed to pro se party(ies) at docket address