UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTON F. LIVERPOOL,

                Plaintiff,              19-cv-5527 (JGK)

    - against -                    ORDER

THE CITY OF NEW YORK ET AL.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

On September 29, 2021, the plaintiff submitted a letter to the Court. ECF No. 47. Nothing in that letter provides any further means of identifying the John Doe defendant. Thus, to the extent the letter is a request for reconsideration of the dismissal of the case, see ECF No. 46, the request is denied.

SO ORDERED.
Dated:    New York, New York
         October 1, 2021

                                                  John G. Koeltl
                                         United States District Judge